BRUCE C. YOUNG, ESQ., Bar #5560
LITTLER MENDELSON
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV  89109.0920
Telephone:    702.862.8800
Facsimile.:    702.862.8811

Attorneys for Defendant
Clearwire Corporation

ANDREW L. REMPFER, ESQ., Bar #8628
COGBURN LAW OFFICES
9555 S. Eastern Ave., Suite 280
Las Vegas, NV  89123
Telephone:    702.384.3616
Facsimile.:    702.943.1936

Attorneys for Plaintiff
Jennifer Cohn

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER COHN, on behalf of represented parties,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CLEARWIRE US LLC, a Nevada limited liability company; CLEARWIRE CORPORATION, a Delaware corporation; DOES I thru X, inclusive; ROE CORPORATIONS I thru X, inclusive,<br><br>　　　　　Defendants. | Case No.  2:11-CV-00957-KJD-LRL<br><br>**STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE** |

　　　　Defendant CLEARWIRE CORPORATION and Plaintiff JENNIFER COHN, by and through their undersigned counsel, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

/ / /

/ / /

Firmwide:102932911.1 065557.1005

LITTLER MENDELSON
ATTORNEYS AT LAW
3930 Howard Hughes Parkway
Suite 200
Las Vegas, NV  89109 0920
702 862 8800

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Dated: July 22, 2011                               Dated: July __, 2011

/s/ ANDREW REMPFER, ESQ.
_____          _____
ANDREW L. REMPFER, ESQ.              BRUCE C. YOUNG, ESQ.
COGBURN LAW OFFICES                  LITTLER MENDELSON

Attorneys for Plaintiff              Attorneys for Defendant
JENNIFER COHN                        CLEARWIRE CORPORATION

**ORDER**

**IT IS SO ORDERED.**

Dated ___7/27/11_____, 2011

_____
**UNITED STATES DISTRICT JUDGE**

LITTLER MENDELSON
Attorneys At Law
3930 Howard Hughes Parkway
Suite 200
Las Vegas, NV 89109.0920
702.862.8800

Firmwide:102932911.1 065557.1005      2.